# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Renee Gomez    Docket No.    2:11CR00108-003

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW  Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Renee Gomez who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 5th  day of August 2011, under the following conditions:

Standard Condition No. 28: Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed (6) times per month. Defendant shall submit to any method of testing required by the pretrial services office to determine whether the defendant is using a prohibited substance. Such methods shall be used with random frequency and shall include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing. Full mutual releases shall be executed to permit communication between the Court, pretrial services, and the treatment vendor. Treatment shall not interfere with the defendant's court appearances.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Renee Gomez is considered in violation of her pretrial supervision in the Eastern District of Washington by failing to report for urine drug testing on January 5, 2012.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on:   1/13/2012 |
| by | s/Curtis G. Hare |
|  | Curtis G. Hare<br>U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

    S/ CYNTHIA IMBROGNO
    Signature of Judicial Officer

    1/13/12
    Date