# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Renee Gomez | Docket No. | 2:11CR00108-003 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Renee Gomez who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 5th day of August 2011, under the following conditions:

**Special Condition**: No gang associations or activities.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Renee Gomez is considered in violation of her pretrial supervision in the Eastern District of Washington by associating with known gang members on February 4, 2012.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

| | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| | Executed on: 2/10/2012 |
| by | s/Curtis G. Hare |
| | Curtis G. Hare<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

                                      S/ CYNTHIA IMBROGNO

                                      Signature of Judicial Officer

                                      2/10/12

                                      Date