```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )  No. CR-11-108-EFS-3
                             )
        Plaintiff,           )  ORDER DENYING MOTION FOR
                             )  PRETRIAL RELEASE
v.                           )
                             )
RENEE GOMEZ,                 )
                             )
        Defendant.           )
                             )
_____)
```

At the hearing on Defendant's Motion for Pretrial Release (ECF No. 263), Ms. Gomez appeared with counsel, Richard Wall; Assistant United States Attorney Timothy Ohms represented the United States.

The undersigned finds that Ms. Gomez' father has appeared in court in support of Ms. Gomez and has secured an apartment away from the area where Ms. Gomez lived at the time her pretrial release was revoked. There is an ability for a land line to be installed in the one-bedroom apartment. However, Ms. Gomez would be living alone in the apartment; neither her father nor any other adult would be residing at the same residence. The presence of a responsible adult would add structure to the release. The undersigned does not find Ms. Gomez' sister an appropriate person to reside with Ms. Gomez.

**IT IS ORDERED** the Motion **(ECF No. 263)** is **DENIED.**

DATED April 13, 2012.

                            S/ CYNTHIA IMBROGNO
                       UNITED STATES MAGISTRATE JUDGE

ORDER DENYING MOTION FOR PRETRIAL RELEASE - 1