✎ PS 8
(12/04)

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 31 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

U.S.A. vs.     Renee Gomez     Docket No.     2:11CR00108-003

### Petition for Action on Conditions of Pretrial Release

COMES NOW Curtis G. Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Renee Gomez who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 5th day of August 2011, under the following conditions:

**Standard Condition No. 29**: Defendant shall participate in one or more of the following home confinement programs (s): Home detention: Defendant shall be restricted to his/her residence at all times except for : attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as per-approved by the Pretrial Services Officer or supervising officer, as well as: employment, education, religious services, grocery shopping, medical, substance abuse, or mental health treatment and may be away for her child related matters.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation No. 1**: Renee Gomez is considered in violation of her pretrial supervision in the Eastern District of Washington by leaving her residence without receiving prior permission from the Pretrial Services Office on July 25, 2012.

PRAYING THAT THE COURT WILL ADDRESS VIOLATION AT STATUS HEARING

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/31/2012

by    s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS
[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other - Address Violation at Status Hearing

_Edward F. Shea_
Signature of Judicial Officer

July 31, 2012
Date