UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>RENEE GOMEZ (3),<br><br>    Defendant. | NO. CR-11-0108-EFS-03<br><br>**ORDER DECLARING MISTRIAL AND SETTING NEW PRETRIAL CONFERENCE AND TRIAL** |

  On September 17, 2012, this matter came before the Court for trial by jury. Defendant Renee Gomez was present, represented by defense counsel Richard Wall. Co-defendants Isidro Madrigal-Galvan and Martin Murillo-Barriga were also present, represented by defense counsel David Partovi and Karen Lindholdt, respectively. Assistant United States Attorneys Timothy Ohms and Caitlin Baunsgard appeared on behalf of the U.S. Attorney's Office (USAO).

  After the USAO and Defendant Gomez presented their respective cases-in-chief, both parties rested, and the case was submitted to the jury on October 3, 2012. After lengthy deliberation, the jury returned a verdict for Defendant Gomez of guilty on Counts 1, 21, 22, and 24, and not guilty on Count 14. The jury reported that it was hopelessly deadlocked on Counts 12, 16, 18, 19, 20, and 23. The jury was polled and agreed that

ORDER ~ 1

it was hopelessly deadlocked with respect to those Counts.  Accordingly, the Court declared a mistrial on Counts 12, 16, 18, 19, 20, and 23 with respect to Defendant Gomez and discharged the jury on October 10, 2012.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Court declares a **MISTRIAL** on Counts 12, 16, 18, 19, 20, and 23 of the Second Superseding Indictment, ECF No. 267, with respect to Defendant Renee Gomez.

2. A **pretrial conference** is **SET** for **December 17, 2012**, at **8:30 a.m.** in **SPOKANE**.  All pretrial motions shall be noted for and heard at the pretrial conference.

3. A **jury trial** is **SET** for **December 17, 2012**, at **9:00 a.m.** in **SPOKANE**.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order *nunc pro tunc* as of October 10, 2012, the date the Court orally declared a mistrial, and to provide a copy to counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this  24th   day of October 2012.


                                  s/Edward F. Shea
                                 EDWARD F. SHEA
                        Senior United States District Judge

Q:\EFS\Criminal\2011\108.3.mistrial.lc2.wpd

ORDER ~ 2